ACCEPTED
03-14-00492-CV
4093497
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/10/2015 2:41:18 PM
JEFFREY D. KYLE
CLERK

**03-14-00492-CV**

---

In the Court of Appeals for the Third Judicial District

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/10/2015 2:41:18 PM
JEFFREY D. KYLE
Clerk

---

**W. Robert Brown,**
Appellant,

**v.**

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas,**
Appellees.

---

On Appeal from the 250th Judicial District Court
Travis County, Texas

---

**NOTICE OF AUTOMATIC SUBSTITUTION OF PUBLIC OFFICERS**

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 7.2(a), Appellees give notice that Glenn Hegar succeeded Susan Combs as Comptroller of Public Accounts of the State of Texas on January 2, 2015, and Ken Paxton succeeded Greg Abbott as Attorney General of the State of Texas on January 5, 2015.

Accordingly, the Appellees now should be designated as "Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas."

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief, Financial Litigation, Tax, and
Charitable Trusts Division

*/s/Charles K. Eldred*
CHARLES K. ELDRED
Attorney in Charge
Financial Litigation, Tax, and
Charitable Trusts Division
State Bar No. 00793681
P.O. Box 12548
Austin, Texas 78711-2548
512-475-1743
512-477-2348 (fax)
charles.eldred@texasattorneygeneral.gov
Attorneys for Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2015, a true and correct copy of the foregoing **Notice of Automatic Substitution of Public Officers** was sent to the Appellant's attorney of record via e-service and/or electronic mail as follows:

Douglas R. Little
Wedge International Tower
1415 Louisiana Street, 37th Floor
Houston, Texas 77002
doug@douglasrlittle.com

*/s/Charles K. Eldred*
CHARLES K. ELDRED

2